George Haines, Esq.
Nevada Bar No. 9411
HAINES & KRIEGER, LLC
5041 N. Rainbow Blvd.
Las Vegas, Nevada 89130
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: Ghaines@hainesandkrieger.com

Attorneys for Plaintiff
TIM TOTH

**IN THE UNITED STATES DISCTRICT COURT
FOR THE DISTRICT OF NEVADA**

TIM TOTH,

    Plaintiff,

v.

NEVADA CREDICO, INC. D/B/A QUANTUM COLLECTIONS; and DOES 1-10, inclusive,

    Defendant.

Case No. 2:13-cv-307-APG-VCF

**NOTICE OF DISMISSAL WITH PREJUDICE**

<u>**NOTICE OF DISMISSAL WITH PREJUDICE**</u>

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), the Defendants not having filed or served answers, motions for summary judgment, or otherwise appeared herein; the Plaintiff in the above-entitled action, as to each of the Defendants named, requests, authorizes, and directs the Clerk of the Court to enter a judgment of dismissal with prejudice, each party to bear its own attorney's fees and costs.

Dated:    June 25, 2013

    Respectfully submitted,

    By:    <u>/s/George Haines, Esq.</u>
            George Haines, ESQ. (Nevada Bar No. 9411)
            HAINES & KRIEGER, LLC
            5041 N. Rainbow Blvd.
            Las Vegas, Nevada 89130
            *Attorney for Plaintiff*

Page **1** of **1**